UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                CRIMINAL ACTION

VERSUS                                  NUMBER  10-207

ROLAND BOURGEOIS                        SECTION  "S"

REQUEST FOR SUBPOENAS

Please issue signed subpoenas as noted below, pursuant to Rule 17
(a) and (c) of the Federal Rules of Criminal Procedure. I hereby
certify that the number of subpoenas requested is in accordance
with the Federal Rules of Criminal Procedure.


**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

5               set(s) for trial or hearing scheduled on:
                        TO BE DETERMINED
                    DATE OF TRIAL OR HEARING


                    /s/VALERIE WELZ JUSSELIN
                        Attorney's Signature

                    500 Poydras St., Ste. 318
                        Attorney's Address

                    New Orleans, LA 70130


                    19825
                        Attorney's Bar Number

                    Defendant
                        Party Attorney Represents
                    valerie_jusselin@fd.org

                        Attorney's E-Mail