MINUTE ENTRY
AUGUST 22, 2017
KNOWLES, M.J.

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-207 |
| ROLAND J. BOURGEOIS, JR. | SECTION: S |

### INITIAL APPEARANCE BOND VIOLATION

APPEARANCES:  X / DEFENDANT WITH/WITHOUT COUNSEL __VALERIE JUSSELIN
              X / ASST. U. S. ATTORNEY  EMILY GREENFIELD
              X / PRETRIAL OFFICER TIMOTHY GANTNER
              __ / INTERPRETER,_____, SWORN  (TIME: _____.M. TO _____.M.)

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF PETITION/RULE TO REVOKE: READ  SUMMARIZED  WAIVED

__/ DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

__/ BOND AMENDED: _____
_____

X/ DEFENDANT VOLUNTARILY SURRENDERED THE BOND.

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U. S. MARSHAL

__/ DEFENDANT RELEASED ON ORIGINAL/AMENDED BOND

__/ DEFENDANT INFORMED THAT HEARING TO DETERMINE COUNSEL IS SET FOR: ___

__ RULE TO REVOKE BOND SET__ **AUGUST 23, 2017 AT 11:30**
   **BEFORE U. S. MAGISTRATE JUDGE KAREN WELLS ROBY**

MJSTAR: 00: 02

