

MINUTE ENTRY
August 24, 2017
LEMMON, J.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 10-207 |
| ROLAND BOURGEOIS | SECTION: "S" |

A status conference was held on August 24, 2017, at 2:15 p.m. with the participation of Valerie Jusselin on behalf of the defendant, Roland Bourgeois; and Emily Greenfield and David Sinkmen, in person, and Forrest Christian, by telephone, on behalf of the United States of America.

The parties discussed the defendant's physical and mental condition. Ms. Jusselin informed the court and the government about her efforts to obtain the defendant's medical records.

A hearing will be held on September 28, 2017, at 2:00 p.m. to evaluate the defendant's physical and mental competence to stand trial.

```
JS10(00:10)
```