

MINUTE ENTRY
LEMMON, J.
SEPTEMBER 28, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL DOCKET** |
| **VERSUS** | **NO. 10-207** |
| **ROLAND J. BOURGEOIS, JR.** | **SECTION "S"** |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, SEPTEMBER 28, 2017 AT 3:53 P.M.**

COURTROOM DEPUTY: CHERIE STOUDER
COURT REPORTER: LANIE SMITH

APPEARANCES:  Emily Greenfield and Mary J. Hahn, AUSA
Valerie Jusselin and Gary Schwabe, for defendant Roland J. Bourgeois, Jr.

**STATUS CONFERENCE HELD:**

Court begins at 3:53 p.m.

The parties discussed their efforts to determine the defendant's physical and mental competence to stand trial.

The defense agreed to obtain records from Dr. Thompson's last evaluation of the defendant.

The government will file an unopposed motion to have the defendant sent to the Bureau of Prisons for a competency evaluation.

The government will also file an unopposed motion pursuant to Rule 17 of the Federal Rules of Criminal Procedure pertaining to the production of medical records.

Matter adjourned at 4:17 p.m.

JS-10: 0:25