UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL DOCKET NO. 10-207** |
| v. | * | **SECTION: "S"** |
| **ROLAND BOURGEOIS`** | * | |
| | * | |
| * * * | | |

## ORDER

Considering the foregoing Unopposed Motion To Have Defendant Undergo Psychiatric Or Psychological Examination To Determine Defendant's Competency,

**IT IS HEREBY ORDERED** that the defendant, **ROLAND BOURGEOIS,** be committed to the custody of the Attorney General and transported to a federal medical facility for a psychiatric or psychological examination and evaluation pursuant to Title 18 U.S.C. §§ 4241(a) and (b) and 4247(b), and (c) for a reasonable period of time not to exceed thirty days, unless extended by the Court pursuant to § 4247(b), for the purposes of determining if the defendant is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

**IT IS FURTHER ORDERED** that upon completion of the examination and evaluation, a report on the defendant's competency, be prepared pursuant to 18 U.S.C. § 4247(c).

**IT IS FURTHER ORDERED** that any period of delay resulting from defendant's examination be excluded for purposes of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(1)(A) and in the interests of justice pursuant to 18 U.S.C.,§ 3161(h)(7)(A).

New Orleans, Louisiana, this __3rd__ day of October, 2017.

*[signature]*
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE