MINUTE ENTRY
May 17, 2018
LEMMON, J.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL ACTION** |
| **VERSUS** | **NO: 10-207** |
| **ROLAND BOURGEOIS** | **SECTION: "S"** |

A status conference was held on May 17, 2018, at 2:00 p.m., with the participation of Valerie Jusselin on behalf of the defendant, Roland Bourgeois; and Mary Hahn, in person, and Jared Fishman, by telephone, on behalf of the United States of America.

A hearing to determine the defendant's competency to stand trial will be held on May 31, 2018, at 12:00 p.m. The government will make arrangements for Dr. Browning to attend by video conference.

JS10(00:10)