
MINUTE ENTRY
LEMMON, J.
May 31, 2018

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| UNITED STATES OF AMERICA | CRIMINAL ACTION |
|---|---|
| VERSUS | NO.   10-207 |
| ROLAND J. BOURGEOIS, JR. | SECTION "S" |

JUDGE MARY ANN VIAL LEMMON, PRESIDING

**THURSDAY, May 31, 2018 at 1:00 p.m.**

COURTROOM DEPUTY: CHERIE STOUDER
COURT REPORTER: SANDY MINUTILLO

APPEARANCES:    JARED H. FISHMAN & MARY J. HAHN & DAVID H. SINKMAN, AUSA, FOR GOVERNMENT
VALERIE WELZ JUSSELIN & GARY V. SCHWABE, JR., FOR DEFENDANT

**COMPETENCY HEARING**

Case called at 1:00 p.m.
Counsel appeared for the record.
Defendant present.
Counsel for Defendant orally moves to seal the courtroom – Ordered Granted.
Dr. Samuel Browning, sworn and testified via video conference, and deemed as an expert in Forensic Psychology.
Government Exhibits 1, 2, 3, 4 & 6 offered and admitted without objection.
Counsel made argument.
Counsel for the Defendant shall file additional memorandum by Monday, June 11, 2018.
Government's response is due by Wednesday, June 13, 2018.
Matter taken under submission by this Court.
Court adjourned at 3:21 p.m.

JS-10: 02:21