10-207 "S"  USA v. Roland J. Bourgeois, Jr. –
May 31, 2018 Competency Hearing
Judge Lemmon presiding
Government Exhibit List

| Exhibit No. | Admitted Into Evidence | Description |
|---|---|---|
| Gov. 1 | 5/31/2018 | *SEALED* – *Psychological Evaluation* |
| Gov. 2 | 5/31/2018 | *SEALED* – *Medical Reports from Tulane Behavioral* Health Clinic |
| Gov. 3 | 5/31/2018 | *SEALED* – *St. Tammany Parish Jail Inmate records* |
| Gov. 4 | 5/31/2018 | *SEALED* – *Federal Medical Facility Medical Records* |
| Gov. 6 | 5/31/2018 | *SEALED* - CD |

Sample 1