UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 10-207 |
| v. | * | SECTION "S" |
| ROLAND J. BOURGEOIS, JR. | * | |
| | * | |

\* \* \*

## ORDER

A Scheduling Conference was held June 21, 2018;

**IT IS HEREBY ORDERED** that the trial will commence on **Monday, November 26, 2018, at 9:00 a.m.** and is estimated to last nine (9) days . The pre-trial conference will be held November 1, 2018 at 2:00 p.m. in chambers.

The Court finds that the ends of justice served by granting such a continuance outweigh the best interest of the public and the defendant in a speedy trial on the grounds that a denial of a continuance could result in a miscarriage of justice. Title 18, United States Code, Section 3161(h)(7)(A) and (B).

Signed this 22nd day of June, 2018.

_____
HONORABLE MARY ANN VIAL LEMMON
UNITED STATES DISTRICT JUDGE