


```
           FILED
      U.S. DISTRICT COURT
    EASTERN DISTRICT OF LA.

      2018 OCT 15 P 2: 42

        WILLIAM W. BLEVINS
              CLERK       cc
```

# FELONY

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**SUPERSEDING BILL OF INFORMATION FOR INTERFERENCE**
**WITH RIGHTS AND USE OF A FIREARM DURING A CRIME OF VIOLENCE**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 10-207** |
| v. | * | **SECTION: "S"** |
| **ROLAND J. BOURGEOIS, JR.** | * | **VIOLATIONS:** 18 U.S.C. 245(b)(2)(B) |
| | | 18 U.S.C. 2 |
| | * | 18 U.S.C. 924(c) |

                                  *    *    *

The United States Attorney charges that:

## COUNT 1

On or about September 1, 2005, in the Eastern District of Louisiana, defendant, **ROLAND J. BOURGEOIS, JR.**, aided and abetted by others known and unknown to the United States, by force and threat of force willfully injured, intimidated, and interfered with D.H., M.A., and C.C., three African-American men, because of their race and color and because they were enjoying a benefit, service, and facility administered by a State and subdivision thereof; namely, the public streets of the City of New Orleans, in and around Pelican Avenue and Vallette Street. The commission of this offense included the use of a dangerous weapon and resulted in bodily

```
  ✓ Fee  USA
  __ Process
  X  Dktd
  __ CtRmDep
  __ Doc. No.
```

injury to D.H., M.A., and C.C., in violation of Title 18, United States Code, Sections 245(b)(2)(B) and 2.

## COUNT 2

On or about September 1, 2005, in the Eastern District of Louisiana, defendant, **ROLAND J. BOURGEOIS, JR.**, aiding and abetting others known and unknown to the United States, knowingly used and carried a firearm during and in relation to, and possessed the firearm in furtherance of, a felony crime of violence prosecutable in a court of the United States; that is, he possessed, carried, and used a shotgun during the commission of the offense charged in Count 1, and incorporated herein, in violation of Title 18, United States Code, Section 924(c).

        PETER G. STRASSER
        UNITED STATES ATTORNEY

        David Howard Sinkman
        Assistant United States Attorney

New Orleans, Louisiana
October 15, 2018

No. 10-207 "S"

# United States District Court
## FOR THE
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

vs.

ROLAND J. BOURGEOIS, JR.

SUPERSEDING BILL OF INFORMATION FOR INTERFERENCE WITH RIGHTS AND USE OF A FIREARM DURING A CRIME OF VIOLENCE

Violations: 18 U.S.C. 245(b)(2)(B)
18 U.S.C. 2
18 U.S.C. 924(c)

Filed _____, 20 18 _____, Clerk.

By _____, Deputy

_____
David Howard Sinkman
*Assistant United States Attorney*