UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 10-207 |
| VERSUS | SECTION "S" |
| ROLAND J. BOURGEOIS, JR. | VIOLATION: 18 USC 245 |

RE-NOTICE OF SENTENCING (from 1/17/2019)

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been reset for Sentencing on **February 14, 2019 at 2:00 p.m.** before Judge Mary Ann Vial Lemmon,500 Poydras St., Courtroom C-414, New Orleans, LA.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

WILLIAM W. BLEVINS, CLERK

Date:    December 11, 2018

by: Erin Mouledous
    Case Manager

TO:

ROLAND J. BOURGEOIS, JR. (in Custody)

AUSA: Jared H. Fishman
         Mary J. Hahn
         David H Sinkman

Counsel:
Valerie Welz Jusselin, FPD

U.S. Marshal

U.S. Probation Officer-U.S. Pretrial Services

**If you change address, notify clerk of court by phone, 504-589-7680**

Special Agent Marycruz Martinez
Federal Bureau of Investigation
neworleans@ic.fbi.gov